IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERNEST LYNN ROBERTS                                                              PLAINTIFF

v.                                    Civil No. 2:16-CV-02017

SUPERVISOR CINDY MOORE, *et. al.*                                                DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable P. K. Holmes, III, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is the issue of service related to Defendants Nurse Rebecca and Nurse Sheila. After careful consideration, I make the following Report and Recommendation.

Service for Defendants was returned unexecuted on November 2, 2016. (ECF Nos. 18, 19). It is Plaintiff's responsibility to provide the Court with an address for proper service on Defendants. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). It has been over ten months since the summons for Nurse Rebecca and Nurse Sheila were returned unexecuted, and Plaintiff has not provided the Court with any additional addresses or identifying information to use in serving.

For the foregoing reasons, I recommend Defendants Nurse Rebecca and Nurse Sheila be **DISMISSED** from this action without prejudice and that Plaintiff be advised that he may file a separate action against either of them if he is able to obtain an accurate service address for them

in the future.

The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 2nd day of October 2017.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE