IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERNEST LYNN ROBERTS                                                                          PLAINTIFF

v.                                            No. 2:16-CV-02017

SUPERVISOR CINDY MOORE, et al.                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 49) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Plaintiff's claims against Defendants Nurse Rebecca and Nurse Sheila without prejudice. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants Nurse Rebecca and Nurse Sheila are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE